# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Enriquez,<br><br>        Plaintiff,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>        Defendants. | **NO. CV-19-04382-PHX-SMB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed June 1, 2022, which granted the Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

June 1, 2022

By   s/ D. Draper
     Deputy Clerk